474 A.2d 676

Commonwealth v. Pittman, Jr., Appellant.

Submitted November 4, 1983. Francis E. Gleeson, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.

474 A.2d 676

Commonwealth v. Rhome, Appellant.

Argued February 7, 1984. William J. Wiker, for appellant; Margaret E. Picking, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment of sentence affirmed.